```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    MICHAEL LOOMIS
 7
 8
```

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) No. CR.S.09-518-EFB |
| 13 | Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) TRIAL CONFIRMATION HEARING AND |
| 14 | v. | ) JURY TRIAL |
| 15 | MICHAEL LOOMIS, | ) Date: January 11, 2010<br>) Time: 10:00 a.m. |
| 16 | Defendant. | ) Judge: Hon. Edmund F. Brennan |
| 17 | _____ | ) |

18

19   It is hereby stipulated between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

21  Cusick, Assistant Federal Defender, attorney for defendant, MICHAEL

22  LOOMIS that the trial confirmation hearing set for January 11, 2010 and

23  the jury trial set for February 2, 2010 be reset for trial confirmation

24  hearing on February 1, 2010 at 10:00 a.m. and jury trial on February

25  23, 2010 at 9:30 a.m.

26       This continuance is requested as negotiations are continuing

27  between the parties and additional time is needed for defense

28  investigation.

1    It is further stipulated that the period from the date of this
2 stipulation through and including February 1, 2010 should be excluded
3 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon
4 continuity of counsel and defense preparation.

6 Dated:  January 7, 2010                Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender

9                                        /s/ Lauren Cusick
                                         LAUREN D. CUSICK
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       MICHAEL LOOMIS

12
   Dated: January 7, 2010                BENJAMIN B. WAGNER
13                                       United States Attorney

14                                       /s/ Matthew Stegman
                                         MATTHEW STEGMAN
15                                       Assistant U.S. Attorney

17                              **O R D E R**

19    IT IS SO ORDERED.
20 Dated: January 8, 2010
                                         EDMUND F. BRENNAN
21                                       UNITED STATES MAGISTRATE JUDGE

Stip and Order                         2