```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLLEEN R. VILLARREAL
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-518 EFB |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S MOTION TO DISMISS INFORMATION AND |
| v. | ) ) | ORDER |
| MICHAEL A. LOOMIS, | ) ) | DATE: February 1, 2010 |
| Defendant. | ) ) | TIME: 10:00 a.m. JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-09-518 EFB.

DATED: January 28, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney


                                        By:/s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED.

DATED: January 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE